**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEVORY W. HICKMON,**

        **Plaintiff,**

**-vs-**                                                              **Case No. 6:05-cv-1863-Orl-19DAB**

**NATALIE A. JACKSON, P.A.,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration following a status conference held on February 22, 2006. Plaintiff has failed to pay the apportioned filing fee for this month. *See* Doc. No. 9. Plaintiff has also failed to file a response to the Interested Persons Order. Chief Judge Fawsett ordered Plaintiff to show cause why sanctions should not be imposed, including dismissal, for failure to respond. Doc. No. 10. Plaintiff filed a response requesting a hearing. *See* Doc. No. 11.

At the February 22, 2006 hearing, Plaintiff requested that counsel be appointed for his case, which the Court denied. The Court discussed with Plaintiff, if he is to proceed *pro se*, the need for him to understand and follow the Federal Rules of Civil Procedure and the Local Rules. The Court also heard from Plaintiff regarding the allegations in support of his claim a conspiracy to deny his Constitutional rights and warned Plaintiff that, with no additional facts, his federal claims would most likely be dismissed.

The Court sets the following deadlines discussed with Plaintiff at the Status Conference. It is **ORDERED** that Plaintiff pay this month's fee amount which is currently past due ($50) within ten days of the date of this Order. It is further **ORDERED** that Plaintiff respond to the Interested Persons

Order within ten days of the date of this Order.  If Plaintiff fails to pay this month's portion of the filing fee or respond to the Interested Persons Order within ten days, the Court will issue a Report and Recommendation that this case be dismissed for failure to comply with the Court's orders.

**DONE** and **ORDERED** in Orlando, Florida on February 23, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties