# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEVORY W. HICKMON,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1863-Orl-19DAB**

**NATALIE A. JACKSON, P.A.,**

       **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS (Doc. No. 28)**
>
> **FILED:** May 17, 2006
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

There is no appeal currently pending. *See* Doc. No. 24, Mandate and Dismissal of Appeal from the Eleventh Circuit. Chief Judge Fawsett has ordered Plaintiff to file an Amended Complaint prior to June 22, 2006, which Plaintiff has not yet done. *See* Doc. No. 26, 29. Plaintiff also has not filed a new appeal, nor is there any action by the Court currently pending from which Plaintiff may appeal.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 22, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy