**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEVORY W. HICKMON,**

           **Plaintiff,**

**-vs-**                                         **Case No.  6:05-cv-1863-Orl-19DAB**

**NATALIE A. JACKSON, P.A.,**

           **Defendant.**
_____

## ORDER

This case comes before the Court on the following:

1.      Motion For Permission To Appeal In Forma Pauperis of Plaintiff Levory Hickmon (Doc. No. 28, filed May 17, 2006);

2.      Report And Recommendation of Magistrate Judge David Baker (Doc. No. 30, filed May 22, 2006); and

3.      Objection To Report And Recommendation (Doc. No. 31, filed May 30, 2006).

On March 17, 2006, the Court issued an Order dismissing this lawsuit for want of subject matter jurisdiction and granting Plaintiff leave to file an Amended Complaint which states a cognizable claim for relief. (Doc. No. 17). Plaintiff filed with the Court on March 13, 2006 a Motion for Reconsideration that was denied by an Order of the Court on March 14, 2006. (Doc. No. 21). In that Order, the Court again granted leave to Plaintiff to file an Amended Complaint which states a claim for relief that falls within the Court's subject matter jurisdiction. (Doc. No. 21).

Without filing an Amended Complaint in this lawsuit, Plaintiff filed a Notice of Appeal on March 21, 2006. (Doc. No. 22). The Court of Appeals issued its mandate dismissing Plaintiff's appeal for lack of prosecution on April 26, 2006. (Doc. No. 24, filed April 28, 2006). Having received the mandate of the Court of Appeals, this Court granted Plaintiff leave to file an Amended Complaint that complies with its previous Orders. (Doc. Nos. 25, 26). The Court subsequently extended the time for filing an Amended Complaint to on or before June 22, 2006. (Doc. No. 29, filed March 18, 2006).

Plaintiff Levory Hickmon now seeks leave to proceed on appeal in this lawsuit *in forma pauperis*. (Doc. No. 28). Upon considering Plaintiff's submission, the Magistrate Judge recommended to this Court that the motion be denied because there is no appeal currently pending. (Doc. No. 30). Plaintiff objects and argues that the Clerk of the Eleventh Circuit Court of Appeals directed him to file the pending motion in order to reinstate his appeal before that Court. (Doc. No. 31).

In this case, Plaintiff's motion to proceed on appeal *in forma pauperis* was filed after the Court of Appeals dismissed his appeal and issued its mandate. Thus, there is no appeal pending in this lawsuit.

Therefore, the Court **DENIES AS MOOT** Plaintiff's Motion For Permission To Appeal In Forma Pauperis (Doc. No. 28).

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June _1__, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party