**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**LEVORY W. HICKMON,**

        **Plaintiff,**

**-vs-**                                       **Case No. 6:05-cv-1863-Orl-19DAB**

**NATALIE A. JACKSON, P.A.,**

        **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS (Doc. No. 42)**
>
> **FILED:**     **September 18, 2006**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED.**

      In reviewing an application to proceed *in forma pauperis,* the Court may dismiss the case or refuse to permit it to continue without payment of fees "if satisfied that the action is frivolous or malicious." 28 U.S.C. § 1915(d) (1988). In this case, Plaintiff alleges that the law firm of Natalie Jackson, P.A. owes him the full amount paid to file post-conviction motions in his criminal case in Seminole County court; he alleges a conspiracy between the firm, a county judge, assistant state attorney to deprive him of the funds the law firm kept when it returned $500 of his retainer to him.

Doc. No. 1 at 11. Hickmon complains that the law firm "had actually done not anything [SIC]" and was not entitled to keep the unspecified portion kept. Doc. No. 1 at 11-12.

Plaintiff's current third appeal (Doc. No. 41) is frivolous. Plaintiff was ordered to pay the filing fee in installments of $50.00 per month, which he failed to do. *See* Doc. No. 9, 15. Chief Judge Fawsett subsequently ordered that the case be dismissed for want of prosecution based on Plaintiff's failure to state a claim within the subject matter jurisdiction of the Court. Doc. No. 17.

The Eleventh Circuit denied Plaintiff's appeal of a Motion to Appeal *in Forma Pauperis* for want of prosecution because Plaintiff/Appellant failed to pay the docketing and filing fees during the time fixed by the rules. Doc. No. 24, 36, 38. Thereafter, the Eleventh Circuit reinstated Plaintiff's original appeal on June 12, 2006, but denied Plaintiff's appeal of this Court's Order on July 26, 2006 because the appeal was frivolous. Doc. No. 37. Chief Judge Fawsett ordered that the case be dismissed for want of prosecution based on Plaintiff's failure to state a claim within the subject matter jurisdiction of the Court and his failure to comply with the Orders of the Court to amend his complaint within certain time limits (Doc. Nos. 17, 21, 25, 26, and 29) and directed that the case be closed on August 28, 2006. Doc. No. 39.

Plaintiff filed two new notices of appeal on September 5 and 7, 2006 and seeks to proceed *in forma pauperis*. Doc. No. 40, 41, 42. Plaintiff admits that he only paid $50 of the filing fee (Doc. No. 40), and the record clearly shows that he never amended his complaint within the time limits set on several occasions by Chief Judge Fawsett. Plaintiff's appeal is frivolous; therefore, it is respectfully **RECOMMENDED** that his Motion for Leave to Appeal *in forma pauperis* be **DENIED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 22, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy